HOWARD HOLDERNESS
THOMAS R. GREEN
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: tgreen@morganlewis.com
E-mail: hholderness@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/15/06*

| | |
|---|---|
| Michael Brothers, On Behalf of Himself and all Other Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>Hewlett-Packard Company,<br><br>Defendant. | Case No. C 06-02254 RMW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT HEWLETT-PACKARD CO. TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned matter, and by and between their undersigned counsel, that:

1. On March 29, 2006, Plaintiff filed a complaint in the United States District Court for the Northern District of California to initiate the case <u>Michael Brothers, On Behalf of Himself and all Others Similarly Situated v. Hewlett-Packard Co.</u>, Case No. C 06-2254 PVT (the "Complaint").

2. On June 1, 2006, the parties stipulated and agreed that Hewlett-Packard Company's ("HP") deadline to answer, move or otherwise respond to the Complaint would be extended to from June 6, 2006 to June 13, 2006.

3. The parties further stipulated and agreed that if HP files a motion to dismiss the Complaint, Plaintiff's deadline to file an opposition to said motion to dismiss shall be extended to July 28, 2006.

4. This extension of time will not negatively impact any hearings, conferences or other dates that have been set by the Court.

5. The filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory.

Dated: June 2, 2006                           MORGAN, LEWIS & BOCKIUS LLP


By_____/s/_____
  Howard Holderness
  Thomas R. Green
  Attorneys for Defendant
  HEWLETT-PACKARD COMPANY

Dated: June 2, 2006                           GREEN WELLING LLP


by_____/s/_____
  Jenelle Welling
  Attorney for Plaintiff
  MICHAEL BROTHERS

ORDER

IT IS HEREBY ORDERED that Defendant Hewlett-Packard Company's time to answer, move or otherwise respond to the Complaint in this matter is extended to June 13, 2006.

DATED: June  15 , 2006                         /s/ Ronald M. Whyte_____
                                               Judge of the District Court

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

1-SF/7378414.1                                2                           CASE NO. C06-02254 RMW