1  Robert S. Green (State Bar No.
   Jenelle Welling (State Bar No. 209480)
2  Charles D. Marshall (State Bar No. 236444)
   **GREEN WELLING LLP**
3  595 Market Street, Suite 2750
   San Francisco, CA  94105
4  Telephone: (415) 477-6700
   Facsimile: (415) 477-6710
5  cand.uscourts@classcounsel.com

6  *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Jose Division

| | |
|---|---|
| MICHAEL BROTHERS, an individual; RICHARD L. WISE, an individual; and WORLDWIDE PCE, LLC, a Massachusetts limited liability corporation; on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>Hewlett-Packard Co.,<br><br>Defendant. | Case No. C-06-2254 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO BRIEF AND TO HEAR PLAINTIFFS' CROSS MOTION TO STRIKE PORTIONS OF DEFENDANT'S MOTION TO DISMISS** |

STIP. AND [PROP.] ORD. SHORT. TIME PLFS' CROSS MTN. TO STRIKE DEF'S MTN. TO DISMISS

WHEREAS, on September 21, 2006, Defendant filed a Motion to Dismiss Plaintiffs' Amended Complaint to be heard on October 27, 2006 at 9:00 a.m. before this Court.

WHEREAS Defendant attached to its Motion to Dismiss as Exhibit A what it represents to be a true and correct copy of Plaintiff Wise's HP Care Pack Service Agreement. HP based arguments in its Motion to Dismiss on the same.

WHEREAS on October 6, 2006, in addition to filing an opposition to Defendant's Motion to Dismiss, Plaintiffs also filed a Cross Motion to Strike Portions of Defendants' Motion to Dismiss. Plaintiffs' Motion to Strike claims that Defendant's Exhibit A is (a) not a true and correct copy of what it purports to be, (b) is substantively different from the actual document, and (c) must be stricken along with all arguments in reliance on the Exhibit.

WHEREAS Plaintiffs requested that Defendant withdraw its Exhibit A and arguments in reliance, but Defendant declined, reserving the right to do so later.

WHEREAS Plaintiffs' Motion to Strike bears directly on issues in Defendant's Motion to Dismiss, and both parties agree that the motions should be heard together at the already scheduled October 27, 2006 Motion to Dismiss hearing.

NOW THEREFORE, Plaintiffs and Defendant, through their respective counsel of record, hereby stipulate as follows:

Pursuant to Civil L.R. 6-2, subject to the Court's approval, Plaintiffs' Motion to Strike Portions of Defendant's Motion to Dismiss shall be heard at the 9:00 a.m., October 27, 2006, hearing already scheduled for Defendant's Motion to Dismiss.  The parties further stipulate, subject to the Court's approval, to an abbreviated briefing schedule allowing Defendant until October 13, 2006, to oppose the Motion to Strike (or withdraw its Exhibit A) and Plaintiff until October 20, 2006, to reply in support.

DATED: October 11, 2006.                    Respectfully submitted,

**GREEN WELLING LLP**

By: _____/s/_____
         Charles D. Marshall

Robert S. Green
Jenelle Welling

*Attorneys for Plaintiffs*
*Michael Brothers, Richard L. Wise and*
*Worldwide PCE, LLC*

**MORGAN, LEWIS & BOCKIUS LLP**

By: _____/s/_____
         John F. Schultz (*pro hac vice*)

Howard Holderness
Thomas R. Green

*Attorneys for Defendant*
*Hewlett-Packard Co.*

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

IT IS HEREBY ORDERED, Plaintiffs' Motion to Strike Portions of Defendant's Motion to Dismiss shall be heard at the 9:00 a.m., October 27, 2006, hearing already scheduled for Defendant's Motion to Dismiss.  Defendant shall file any opposition, or withdraw its Exhibit A, on or before October 13, 2006, and Plaintiffs shall file any reply in support of their motion on or before October 20, 2006.

DATED: October 13, 2006,                    _____
                                            RONALD M. WHYTE
                                            UNITED STATES DISTRICT JUDGE