MICHAEL J. HOLSTON
JOHN F. SCHULTZ (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: mholston@morganlewis.com
E-mail: john.schultz@morganlewis.com

HOWARD HOLDERNESS
THOMAS R. GREEN
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com
E-mail: tgreen@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/25/06*

| | |
|---|---|
| Michael Brothers, an individual; Richard L. Wise, an individual; and WorldWide PCE, LLC, as Massachusetts limited liability corporation on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Hewlett-Packard Company,<br><br>Defendant. | Case No. 06-2254 (RMW)<br><br>**STIPULATION AND []**<br>**ORDER (1) EXTENDING OCTOBER 27, 2006**<br>**HEARING DATE ON DEFENDANT'S**<br>**MOTION TO DISMISS, (2) RESETTING**<br>**CASE MANAGEMENT CONFERENCE** |

WHEREAS, on September 21, 2006, Defendant Hewlett-Packard Company filed a Motion to Dismiss Plaintiffs' First Amended Complaint, and set a hearing date for that motion of October 27, 2006, at 9:00 a.m.,

STIPULATION AND [ ORDER (1) EXTENDING OCTOBER 27, 2006 HEARING DATE ON DEFENDANT'S MOTION TO DISMISS, (2) RESETTING CASE MANAGEMENT CONFERENCE CASE NO. 06-2254 RMW

1

1  WHEREAS, in order to accommodate defense counsel's travel schedules, the parties have
2  agreed to move the hearing date, subject to approval of this Court, to November 3, 2006, at 9:00
3  a.m.,

4  WHEREAS, the parties also agree, subject to the approval of this Court, to continue the
5  second Case Management Conference, set for October 27, 2006, at 10:30 a.m., to November 3,
6  2006, at 10:30 a.m.,

7  NOW THEREFORE, Plaintiffs and Defendant, through their respective counsel of record,
8  hereby stipulate as follows:

9  Pursuant to Civil L.R. 6-2, subject to the Court's approval, the October 27, 2006, initial
10 Case Management Conference shall be continued to November 3, 2006 at 10:30 a.m., and the
11 hearing on Defendant's Motion to Dismiss shall be continued from October 27, 2006, at 9:00
12 a.m., to November 3, 2006, at 9:00 a.m.

Dated: October 20, 2006

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By: _____/s/_____
     Thomas R. Green

Thomas R. Green
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: tgreen@morganlewis.com

**GREEN WELLING**

By: _____/s/_____
     Charles D. Marshall

STIPULATION AND [] ORDER (1) EXTENDING OCTOBER 27, 2006 HEARING DATE ON DEFENDANT'S MOTION TO DISMISS, (2) RESETTING CASE MANAGEMENT CONFERENCE CASE NO. 06-2254 RMW

2

MICHAEL J. HOLSTON
JOHN F. SCHULTZ (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: mholston@morganlewis.com
E-mail: john.schultz@morganlewis.com

HOWARD HOLDERNESS
THOMAS R. GREEN
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com
E-mail: tgreen@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael Brothers, an individual; Richard L. Wise, an individual; and WorldWide PCE, LLC, as Massachusetts limited liability corporation on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Hewlett-Packard Company,<br><br>Defendant. | Case No. 06-2254 (RMW)<br><br>**[] ORDER (1) EXTENDING OCTOBER 27, 2006 HEARING DATE ON DEFENDANT'S MOTION TO DISMISS, (2) RESETTING CASE MANAGEMENT CONFERENCE** |

[] ORDER (1) EXTENDING OCTOBER 27, 2006 HEARING DATE ON DEFENDANT'S MOTION TO DISMISS, (2) RESETTING CASE MANAGEMENT CONFERENCE CASE NO. 06-2254 RMW

1

## **ORDER**

IT IS HEREBY ORDERED that the October 27, 2006, initial Case Management Conference shall be continued to November 3, 2006 at 10:30 a.m., and the hearing on Defendant's Motion to Dismiss shall be continued from October 27, 2006, at 9:00 a.m., to November 3, 2006, at 9:00 a.m.

DATED: October 25, 2006

/s/ Ronald M. Whyte
Honorable Ronald M. Whyte
U.S. District Court Judge

[] ORDER (1) EXTENDING TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT, (2) AND RESETTING CASE MANAGEMENT CONFERENCE   CASE NO. C06-2254 RMW

2