MICHAEL J. HOLSTON
JOHN F. SCHULTZ (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: mholston@morganlewis.com
E-mail: john.schultz@morganlewis.com

HOWARD HOLDERNESS
THOMAS R. GREEN
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com
E-mail: tgreen@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 12/7/06*

| | |
|---|---|
| Michael Brothers, an individual; Richard L. Wise, an individual; and WorldWide PCE, LLC, as Massachusetts limited liability corporation on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Hewlett-Packard Company,<br><br>Defendant. | Case No. 06-2254 (RMW)<br><br>[ ORDER EXTENDING DEADLINE TO MEDIATE |

MORGAN,
LEWIS &
BOCKIUS LLP

[ ORDER EXTENDING DEADLINE TO MEDIATE (Case No. 06-2254 (RMW))

1

**ORDER**

IT IS HEREBY ORDERED that the deadline for the parties to mediate this case in accordance with the Court's August 23, 2006 Order has been extended to January 20, 2006.

DATED: December  7 , 2006

/s/ Ronald M. Whyte
Honorable Ronald M. Whyte
U.S. District Court Judge