HOWARD HOLDERNESS
THOMAS R. GREEN
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: tgreen@morganlewis.com
E-mail: hholderness@morganlewis.com

MICHAEL J. HOLSTON
JOHN F. SCHULTZ (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: mholston@morganlewis.com
E-mail: john.schultz@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

E-FILED ***12/7/06***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael Brothers, an individual; Gregory McDaniel, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Hewlett-Packard Company,<br><br>Defendant. | Case No. C 06-02254 RMW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT HEWLETT-PACKARD COMPANY TO ANSWER, MOVE, AND/OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT<br><br>Honorable Ronald M. Whyte |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned matter, and by and between their undersigned counsel, that:

1. On March 29, 2006, Plaintiff filed a complaint in the United States District Court for the Northern District of California to initiate the case <u>Michael Brothers, On Behalf of Himself</u>

and all Others Similarly Situated v. Hewlett-Packard Co., Case No. C 06-2254 PVT (the "Complaint").

2. On October 31, 2006, the Court dismissed Plaintiff's Complaint in its entirety pursuant to the motion to dismiss filed by Hewlett-Packard Company ("HP").

3. On November 20, 2006, Plaintiff filed a Second Amended Complaint with this Court.

4. On December 1, 2006, the parties stipulated and agreed that HP's deadline to answer, move and/or otherwise respond to the Second Amended Complaint would be extended from December 11, 2006 to December 20, 2006.

5. The parties further stipulated and agreed that if HP files a motion, Plaintiff's deadline to file an opposition to said motion shall be extended to January 12, 2007.

6. The parties further stipulated and agreed that the hearing date on any motion will be set for February 2, 2007.

7. This extension of time will not negatively impact any hearings, conferences or other dates that have been set by the Court.

8. The filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory.

Dated: December 5, 2006                           MORGAN, LEWIS & BOCKIUS LLP

By          /s/
  Thomas R. Green
  Attorneys for Defendant
  HEWLETT-PACKARD COMPANY

Dated: December 5, 2006                           GREEN WELLING LLP

by          /s/
  Charles D. Marshall
  Attorney for Plaintiffs
  MICHAEL BROTHERS and
  GREGORY McDANIEL

[PROPOSED] ORDER

IT IS HEREBY ORDERED that Defendant Hewlett-Packard Company's time to answer, move and/or otherwise respond to the Second Amended Complaint in this matter is extended to December 20, 2006.

DATED: December __7_, 2006                        /s/ Ronald M. Whyte
                                                  _____
                                                  Hon. Ronald M. Whyte
                                                  Judge of the District Court