MICHAEL J. HOLSTON
JOHN F. SCHULTZ (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: mholston@morganlewis.com
E-mail: john.schultz@morganlewis.com

HOWARD HOLDERNESS
THOMAS R. GREEN
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com
E-mail: tgreen@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

JENELLE WELLING
CHARLES D. MARSHALL
GREEN WELLING
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: 415.477.6700
Facsimile: 415.477.6710
E-mail: cand.uscourts@classcounsel.com

Attorneys for Plaintiffs
MICHAEL BROTHERS AND GREGORY MCDANIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 12/14/06*

| | |
|---|---|
| Michael Brothers, an individual; and Gregory McDaniel, an individual on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Hewlett-Packard Company,<br><br>Defendant. | Case No. 06-2254 (RMW)<br><br>**STIPULATION AND ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

WHEREAS, on October 20, 2006, the parties stipulated, and the Court entered an Order, moving the Case Management Conference from October 27, 2006, at 10:30 a.m. to November 3,

1  2006, at 10:30 a.m.;

2  WHEREAS, on November 2, 2006, the Court entered an Order and continued the Case

3  Management Conference set for November 3, 2006 to December 15, 2006;

4  WHEREAS in light of the fact that the Second Amended Complaint was filed on

5  November 20, 2006, the parties have agreed, subject to approval of this Court, to continue the

6  Case Management Conference from December 15, 2006, at 10:30 a.m., to January 26, 2007, at

7  10:30 a.m.;

8  Pursuant to Civil L.R. 6-2, the extension of time will not negatively impact any event or

9  deadlines already fixed by Court order, or accelerate or extend time frames set in the Local Rules

10  or in the Federal Rules;

11  NOW THEREFORE, Plaintiffs and Defendant, through their respective counsel of record,

12  hereby stipulate as follows:

13  Pursuant to Civil L.R. 6-2, subject to the Court's approval, the parties agree to move the

14  December 15, 2006 Case Management Conference to January 26, 2007, at 10:30 a.m.

15  Dated: December 8, 2006                    Respectfully submitted,

16                                             **MORGAN, LEWIS & BOCKIUS LLP**

18                                             By:  /s/
19                                                  John F. Schultz (*pro hac vice*)
                                                    Morgan, Lewis & Bockius LLP
20                                                  1701 Market Street
                                                    Philadelphia, PA 19103

21                                             **GREEN WELLING**

23                                             By:  /s/
                                                    Charles D. Marshall
24                                                  Jenelle Welling
                                                    595 Market Street, Suite 2750
25                                                  San Francisco, CA 94105

| | |
|---|---|
| MICHAEL J. HOLSTON<br>JOHN F. SCHULTZ (*pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000<br>Facsimile: 215.963.5001<br>E-mail: mholston@morganlewis.com<br>E-mail: john.schultz@morganlewis.com | |
| HOWARD HOLDERNESS<br>THOMAS R. GREEN<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>E-mail: hholderness@morganlewis.com<br>E-mail: tgreen@morganlewis.com<br><br>Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY | JENELLE WELLING<br>CHARLES D. MARSHALL<br>GREEN WELLING<br>595 Market Street, Suite 2750<br>San Francisco, CA 94105<br>Telephone: 415.477.6700<br>Facsimile: 415.477.6710<br>E-mail: cand.uscourts@classcounsel.com<br><br>Attorneys for Plaintiffs<br>MICHAEL BROTHERS AND GREGORY MCDANIEL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael Brothers, an individual; and Gregory McDaniel, an individual on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Hewlett-Packard Company,<br><br>Defendant. | Case No. 06-2254 (RMW)<br><br>**[] ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

**ORDER**

IT IS HEREBY ORDERED that the December 15, 2006 Case Management Conference in the above-captioned matter is continued to January 26, 2007 at 10:30 a.m.

DATED: December 14, 2006

/s/ Ronald M. Whyte
Honorable Ronald M. Whyte
U.S. District Court Judge