MICHAEL J. HOLSTON (PAB 51572)
JOHN F. SCHULTZ (*pro hac vice*) (PAB 67331)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: mholston@morganlewis.com
E-mail: john.schultz@morganlewis.com

JENELLE WELLING (SBN 209480)
CHARLES D. MARSHALL (SBN 23644)
GREEN WELLING LLP
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: 415.477.6700
Facsimile: 415.477.6710
E-mail: cand.uscourts@classcounsel.com

HOWARD HOLDERNESS (SBN 169814)
THOMAS R. GREEN (SBN 203480)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com
E-mail: tgreen@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                             *E-FILED - 2/7/07*

| | |
|---|---|
| Michael Brothers, an individual; and Gregory McDaniel, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Hewlett-Packard Company,<br><br>Defendant. | Case No. 06-2254 (RMW)<br><br>**[] ORDER EXTENDING DEADLINE TO MEDIATE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[] ORDER EXTENDING DEADLINE TO MEDIATE
CASE NO. C06-2254 (RMW)

1

1
2
**ORDER**

3   IT IS HEREBY ORDERED that the deadline for the parties to mediate this case in
4   accordance with the Court's August 23, 2006 Order has been extended to February 9, 2007.
5
6
   DATED: February 7, 2007
7                                                          _____
                                                            Honorable Ronald M. Whyte
8                                                           U.S. District Court Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

[] ORDER EXTENDING DEADLINE TO MEDIATE
CASE NO. C06-2254 (RMW)

2