| | | |
|---|---|---|
| 1 | HOWARD HOLDERNESS (SBN 169814) | CHARLES D. MARSHALL (SBN 236444) |
| 2 | THOMAS R. GREEN (SBN 203480) | JENELLE WELLING (SBN 209840) |
| | MORGAN, LEWIS & BOCKIUS LLP | 595 Market Street, Suite 2750 |
| 3 | One Market, Spear Street Tower | San Francisco, CA 94105 |
| | San Francisco, CA 94105 | Telephone: 415.477.6700 |
| 4 | Telephone: 415.442.1000 | Facsimile: 415.477.6710E-mail: |
| | Facsimile: 415.442.1001 | cdm@classcounsel.com |
| 5 | E-mail: tgreen@morganlewis.com | |
| | E-mail: hholderness@morganlewis.com | Attorneys for Plaintiffs |
| 6 | | |
| 7 | JOHN F. SCHULTZ (PAB 67331) | |
| | (*pro hac vice*) | |
| 8 | ROBERT PARTICELLI (PAB 82651) | |
| | MORGAN, LEWIS & BOCKIUS LLP | |
| 9 | 1701 Market Street | |
| | Philadelphia, PA 19103 | |
| 10 | Telephone: 215.963.5000 | |
| | Facsimile: 215.963.5001 | |
| 11 | E-mail: john.schultz@morganlewis.com | |
| | E-mail: rparticelli@morganlewis.com | |
| 12 | | |
| 13 | Attorneys for Defendant | |
| | HEWLETT-PACKARD COMPANY | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION            *E-FILED - 3/22/07*

| | |
|---|---|
| MICHAEL BROTHERS and GREGORY McDANIEL, On Behalf of Themselves and all Others Similarly Situated, | Case No. 06-2254 (RMW) |
| | **[] ORDER TO EXTEND MEDIATION DEADLINE** |
| Plaintiffs, | |
| vs. | Honorable Ronald M. Whyte |
| HEWLETT-PACKARD COMPANY, | |
| Defendant. | |

Case No. 06-2254 (RMW)

**[ORDER TO EXTEND MEDIATION DEADLINE**

**ORDER**

IT IS HEREBY ORDERED that the deadline for the parties to mediate this case in accordance with the Court's August 23, 2006 Order has been extended to April 13, 2007.

DATED: March 22, 2007

*Ronald M. Whyte*
Honorable Ronald M. Whyte
U.S. District Court Judge

2                                            Case No. 06-2254 (RMW)
**[ORDER TO EXTEND MEDIATION DEADLINE**