| | |
|---|---|
| HOWARD HOLDERNESS (SBN 169814)<br>THOMAS R. GREEN (SBN 203480)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>E-mail: hholderness@morganlewis.com<br>E-mail: tgreen@morganlewis.com | JENELLE WELLING (SBN 209480)<br>CHARLES D. MARSHALL (SBN 23644)<br>GREEN WELLING LLP<br>595 Market Street, Suite 2750<br>San Francisco, CA 94105<br>Telephone: 415.477.6700<br>Facsimile: 415.477.6710<br>E-mail: cand.uscourts@classcounsel.com |

JOHN F. SCHULTZ (*Pro Hac Vice*)
BARRY L. McCOY (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: john.schultz@morganlewis.com
E-mail: bmccoy@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 5/2/07*

| | |
|---|---|
| Michael Brothers, an individual; and Gregory McDaniel, an individual on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Hewlett-Packard Company,<br><br>　　　　　　　　　　　Defendant. | Case No. 06-2254 (RMW)<br><br>**[] SCHEDULING ORDER RESETTING MEDIATION AND CASE DEADLINES**<br><br>Honorable Ronald M. Whyte |

Pursuant to the Stipulation Extending Mediation and Proposed Case Deadlines Filed With the Court, the Court finds as follows:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 06-2254 (RMW)

SCHEDULING ORDER

1.  The Court deems it appropriate to bifurcate discovery. Accordingly, the Case Schedule set forth below is for class discovery and certification only:

### CASE SCHEDULE

| | |
|---|---|
| **Deadline to File Motion for Class Certification** | **October 5, 2007** |
| **Plaintiffs' Class Certification Expert Disclosures and Reports, If Any** | **October 5, 2007** |
| **Deadline to File Opposition to Class Certification (If Plaintiffs Disclose An Expert)** | **November 16, 2007** |
| **Deadline to File Opposition to Class Certification (If Plaintiffs Do Not Disclose An Expert)** | **November 2, 2007** |
| **Defendant's Class Certification Expert Disclosures and Reports (If Plaintiffs Disclose An Expert)** | **November 16, 2007** |
| **Defendant's Class Certification Expert Disclosures and Reports (If Plaintiffs Do Not Disclose An Expert)** | **November 2, 2007** |
| **Deadline to File Reply Brief in Support of Class Certification (If Defendants Disclose An Expert)** | **November 30, 2007** |
| **Deadline to File Reply Brief in Support of Class Certification (If Defendant Do Not Disclose An Expert)** | **November 23, 2007** |
| **Class Certification Hearing** | **December 14, 2007** |
| **Close of Class Discovery** | **November 16, 2007** |
| **Further Case Management Conference** | **December 14, 2007** |

2.  The parties were unable to agree to the appropriate date on which class discovery should close and the matter was not discussed at the case management conference. Per the arguments made by the parties in the Joint Case Management Statement, Plaintiffs believe that class discovery should close on the date the Reply Brief in Support of Class Certification is due, while Defendants believe that class discovery should close on the date the Motion for Class Certification is filed. The Court hereby sets the date listed above in the Case Schedule as the date on which class discovery should close.

3.  None of the dates set in this Schedule Order may be changed without an order of the Court made after a motion is duly filed and made pursuant to the local rules of this Court.

### DISCOVERY

4.  The Court deems it appropriate to bifurcate class and merits discovery. All discovery served in the action until the close of class discovery shall be narrowly-tailored to issues relevant to class certification.

5. In connection with the class discovery contemplated by this Scheduling Order, the only limits are: (a) ten interrogatories per side; and (b) two depositions per side. There is no limit on the number of the document requests. Either party may apply to the Court for permission to issue additional interrogatories or take additional depositions.

6. Any disputes with respect to discovery are referred to the assigned Magistrate Judge. In addition, any disputes pertaining to service or joinder of parties or claims are referred to the assigned Magistrate Judge.

7. Pursuant to Civil L.R. 26-2, all class discovery must be completed on or before the deadline set forth in the Case Schedule above.

### FURTHER CASE MANAGEMENT CONFERENCE

8. In the event a class is certified, a further case management conference will be held on a date chosen by the Court. At that conference, the Court will schedule deadlines for merits discovery, as well as a pre-trial conference and trial dates. The parties are directed to meet and confer and file a Joint Case Management Statement ten days prior to the date of the further case management conference to: (a) update the Court on the status of the action; and (b) recommend a schedule to the Court for the remainder of the lawsuit.

### MEDIATION

9. The parties have until January 11, 2008 to complete the mediation.

**IT IS SO ORDERED.**

Dated: May 2, 2007

*Ronald M. Whyte*
Honorable Ronald M. Whyte