JOHN F. SCHULTZ (*pro hac vice*) (PAB 67331)
BARRY L. McCOY (*pro hac vice*) (PAB 88117)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: john.schultz@morganlewis.com
E-mail: bmccoy@morganlewis.com

JENELLE WELLING (SBN 209480)
CHARLES D. MARSHALL (SBN 23644)
GREEN WELLING LLP
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: 415.477.6700
Facsimile: 415.477.6710
E-mail: cand.uscourts@classcounsel.com

HOWARD HOLDERNESS (SBN 169814)
THOMAS R. GREEN (SBN 203480)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com
E-mail: tgreen@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

*E-FILED - 5/22/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael Brothers, an individual; and Gregory McDaniel, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Hewlett-Packard Company,<br><br>Defendant. | Case No. 06-2254 (RMW)<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE HEARING ON**<br>**PLAINTIFFS' MOTION TO STRIKE**<br><br>Current Date: May 25, 2007<br>Requested Date: July 27, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 6, 4th Floor<br>Before: Honorable Ronald M. Whyte |

WHEREAS, on February 27, 2007, defendant Hewlett-Packard Company ("HP") filed its an Answer to Plaintiffs' Second Amended Class Action Complaint;

WHEREAS, on March 20, 2007, Plaintiffs' filed a motion to strike certain of the affirmative

1  defenses set forth by HP in the Answer;

2  WHEREAS, on April 9, 2007, HP filed an opposition to Plaintiffs' motion to strike and, on

3  April 16, 2007, Plaintiffs filed a reply in support of their motion to strike;

4  WHEREAS, the hearing on Plaintiffs' motion to strike was originally scheduled for April

5  30, 2007;

6  WHEREAS, on April 4, 2007, the Court entered a Clerk's Notice of Continuance,

7  continuing the April 30, 2007 hearing on Plaintiffs' motion to strike to May 25, 2007;

8  WHEREAS, the parties have now reached an agreement in principle to settle the lawsuit and

9  are currently discussing the terms of a proposed settlement agreement;

10  NOW THEREFORE, Plaintiffs and Defendant, by and through their respective counsel of

11  record, and in light of their agreement in principle to settle the lawsuit, hereby: (a) STIPULATE

12  and AGREE to continue the May 25, 2007 hearing to July 27, 2007, so that they may continue

13  their discussions and conserve the resources of the parties and the Court; and (b) request that the

14  Court sign the Proposed Order below resetting the hearing date to July 27, 2007 at 9:00 a.m.

16  Dated:  May 22, 2007                    Respectfully submitted,

18                                          **GREEN WELLING LLP**

19                                          By:   /s/ Jenelle Welling
                                                  Jenelle Welling

21                                          595 Market Street, Suite 2750
                                            San Francisco, CA 94105
22                                          Telephone: 415.477.6700
                                            Facsimile: 415.477.6710
23                                          E-mail: cand.uscourts@classcounsel.com

24                                          *Attorneys for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By:   /s/ Barry L. McCoy
      Barry L. McCoy (*pro hac vice*)

1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: bmccoy@morganlewis.com

*Attorneys for Defendant*

### [] ORDER

IT IS HEREBY ORDERED that the May 25, 2007 hearing on Plaintiffs' motion to strike is continued to July 27, 2007 at 9:00 a.m. in Courtroom 6.

Dated: May 22, 2007      *Ronald M. Whyte*
                            Honorable Ronald M. Whyte
                            United States District Court Judge