| | |
|---|---|
| JOHN F. SCHULTZ (*pro hac vice*) (PAB 67331) <br> BARRY L. McCOY ( *pro hac vice*) (PAB 88117) <br> MORGAN, LEWIS & BOCKIUS LLP <br> 1701 Market Street <br> Philadelphia, PA  19103 <br> Telephone: 215.963.5000 <br> Facsimile: 215.963.5001 <br> E-mail: john.schultz@morganlewis.com <br> E-mail: bmccoy@morganlewis.com | JENELLE WELLING (SBN 209480) <br> CHARLES D. MARSHALL (SBN 23644) <br> GREEN WELLING LLP <br> 595 Market Street <br> San Francisco, CA  94105 <br> Telephone: 415.477.6700 <br> Facsimile: 415.477.6710 <br> E-Mail: cand.uscourts@classcounsel.com |

HOWARD HOLDERNESS (SBN 169814)
THOMAS R. GREEN (SBN 203480)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone: 415.442.1000
Facsimile: 415-422-1001
E-mail: hholderness@morganlewis.com
E-mail: tgreen@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 7/24/07*

| | |
|---|---|
| Michael Brothers, an individual; and Gregory McDaniel, an individual, on behalf of themselves and all others similarly situated,, <br><br> Plaintiff, <br><br> vs. <br><br> Hewlett-Packard Company,, <br><br> Defendant. | Case No. 06-2254 (RMW) <br><br> **STIPULATION AND [] ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO STRIKE** <br><br> Current Date: July 27, 2007 <br> Requested Date: August 31, 2007 <br> Time: 9:00 a.m. <br> Place: Courtroom 6, 4th Floor <br> Before: Honorable Ronald M. Whyte |

WHEREAS, on February 27, 2007, defendant Hewlett-Packard Company ("HP") filed its Answer to Plaintiffs' Second Amended Class Action Complaint;

WHEREAS, on March 20, 2007, Plaintiffs' filed a motion to strike certain of the

CASE NO. 06-2254 (RMW)

STIPULATION AND [] ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION

1  affirmative defenses set forth by HP in the Answer;

2  WHEREAS, on April 9, 2007, HP filed an opposition to Plaintiffs' motion to strike and,
3  on April 16, 2007, Plaintiffs filed a reply in support of their motion to strike;

4  WHEREAS, on April 4, 2007, the Court entered a Clerk's Notice of Continuance,
5  continuing the April 30, 2007 hearing on Plaintiffs' motion to strike to May 25, 2007;

6  WHEREAS, because the parties reached an agreement in principle to settle the lawsuit,
7  the Court agreed to continue the hearing from May 25, 2007 to July 27, 2007;

8  WHEREAS, the parties continue to diligently pursue the finalization of a proposed class
9  action settlement agreement, and request that the Court continue the hearing from July 27, 2007
10 to August 31, 2007, so that the parties can concentrate on settlement, and so as not to waste the
11 time and resources of the parties or the Court;

12 NOW THEREFORE, Plaintiffs and Defendant, by and through their respective counsel of
13 records, and in light of their agreement in principle to settle the lawsuit, hereby : (a) STIPULATE
14 and AGREE to continue the July 27, 2007 hearing to August 31, 2007, so that they may continue
15 their settlement discussions and conserve the resources of the parties and the Court; and (b)
16 request that the Court sign the Proposed Order below resetting the hearing date to August 31,
17 2007 at 9:00 a.m.

Dated: July 18, 2007

Respectfully submitted,

**GREEN WELLING**

By:  /s/  Jenelle Welling
Jenelle Welling
Chuck Marshall
595 Market Street, Suite 2750
San Francisco, CA  94105
Telephone: 415.477.6700
Facsimile: 415.477.6710
E-mail: cand.uscourts.classcounsel.com

*Attorneys for Plaintiffs*

1
2            **MORGAN, LEWIS & BOCKIUS LLP**
3
4            By: /s/ Barry L. McCoy
             Barry L. McCoy (*pro hac vice*)
5            1701 Market Street
             Philadelphia, PA  19103
             Telephone: 215.963.5000
6            Facsimile: 215.963.5001
             E-mail: bmccoy@morganlewis.com
7
8            *Attorneys for Defendant*
9
             **[] ORDER**
10
         IT IS HEREBY ORDERED that the July 27, 2007 hearing on Plaintiffs' motion to strike
11
   is continued to August 31, 2007 at 9:00 a.m. in Courtroom 6.
12
   Dated: July 24, 2007
13
                                                     *Ronald M. Whyte*
                                                     Honorable Ronald M. Whyte
14                                                   United States District Court Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28   /

                                    3                          CASE NO. 06-2254 (RMW)
         STIPULATION AND [] ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION