LAW OFFICES OF THOMAS D. MAURIELLO
Thomas D. Mauriello (SBN 144811)
22 Battery Street, Suite 1000
San Francisco, CA 94111
Tel: (415) 677-1238
Fax: (415) 677-1233

*Co-Counsel for Plaintiffs*

[Other counsel for the parties
listed on signature pages]

*\*E-FILED - 12/20/07\**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re: HP Power Plug and Graphic Card Litigation | Case No. C 06-2254-RMW(PVT)<br><br>**STIPULATION AND []<br>ORDER RE: ONE-WEEK EXTENSION OF TIME TO FILE SETTLEMENT APPROVAL PAPERS** |

## STIPULATION

WHEREAS, under the current schedule ordered by the Court, the motion in support of final approval of settlement must be filed on or before December 15, 2007;

WHEREAS, (1) the parties are in need of additional time to obtain some of the needed declarations in support of the motion; and (2) a potential issue has been identified by counsel which issue must be further investigated and resolved before the final settlement approval papers may be completed and filed; and

WHEREAS, counsel for the parties have conferred and agree that it is in the best interest of the respective parties and the Class that the date for filing the final settlement approval papers be extended by one week, to December 21, 2007, and that such a limited extension would not be prejudicial to the parties or to the Class;

THEREFORE, the parties, by and through their counsel, hereby STIPULATE as follows:

1. That the deadline for filing the final settlement approval papers be extended from December 15, 2007 to December 21, 2007.

2. That all other deadlines and hearing dates in this action remain unchanged.

**IT IS SO STIPULATED.**

| *Defendants* | *Plaintiffs* |
|---|---|
| Howard Holderness<br>Thomas R. Green<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market Plaza<br>Spear Street Tower<br>San Francisco, CA 94105<br>Tel: (415) 442-1000<br>Fax: (415) 442-1001<br><br>By: /s/ Barry L. McCoy      12/14/07<br>   Barry L. McCoy (*pro hac vice*)   Date<br>   John F. Schultz (*pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market St.<br>Philadelphia, PA 19103<br>Tel: (215) 963-5385<br>Fax: (215) 963-5001<br><br>*Counsel for Hewlett-Packard Company* | LAW OFFICES OF THOMAS D. MAURIELLO<br><br>By: /s/ Thomas D. Mauriello      12/14/07<br>   Thomas D. Mauriello         Date<br>22 Battery Street, Suite 1000<br>San Francisco, CA 94111<br>Tel: (415) 677-1238<br>Fax: (415) 677-1233<br><br>*Co-Liason Counsel for Plaintiff* |

* * * * *

**ORDER**

**IT IS SO ORDERED.**

Dated: December 20, 2007.

_____
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE