| | |
|---|---|
| HOWARD HOLDERNESS (SBN 169814)<br>THOMAS R. GREEN (SBN 203480)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Tel: 415.442.1000; Fax: 415.442.1001<br>hholderness@morganlewis.com<br>tgreen@morganlewis.com<br><br>JOHN F. SCHULTZ (*PRO HAC VICE*)<br>BARRY L. McCOY (*PRO HAC VICE*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Tel: 215.963.5000; Fax: 215.963.5001<br>john.schultz@morganlewis.com<br>bmccoy@morganlewis.com<br><br>Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY | ANTONIO VOZZOLO<br>FARUQI & FARUQI LLP<br>369 Lexington Ave., 10th Floor<br>New York, NY 10016<br>Tel: 212.983.9330; Fax: 212.983.9331<br>avozzolo@faruqilaw.com<br><br>JENELLE WELLING (SBN 209480)<br>CHARLES D. MARSHALL (SBN 23644)<br>GREEN WELLING LLP<br>595 Market Street, Suite 2750<br>San Francisco, CA 94105<br>Tel: 415.477.6700; Fax: 415.477.6710<br>cand.uscourts@classcounsel.com<br><br>Attorneys for Plaintiffs<br><br>[*Other Counsel for Plaintiffs Are Listed on Signature Page of Stipulation of Settlement*] |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION        *E-FILED - 1/10/08*

In re: HP Power Plug and
Graphic Card Litigation

Case No. 06-2254 (RMW)

**STIPULATION AND [] ORDER MODIFYING THE COURT'S OCTOBER**

**31, 2007 PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND**

**AMENDING THE STIPULATION OF SETTLEMENT BETWEEN THE PARTIES**

1.  On October 31, 2007, the Court entered an Order ("Preliminary Approval Order") granting preliminary approval of the Class Action Settlement, provisionally certifying a nationwide settlement class, and approving the procedure for and forms of notice, and scheduling a fairness hearing. The Preliminary Approval Order was signed on October 31, 2007.

2.  Class counsel have received inquiries from a number of owners of HP laptop computers the Stock Keeping Unit ("SKU") numbers of which were not included in the Stipulation of Settlement but who desired to partake of the benefits that the Stipulation of Settlement provides. In addition, the Parties confirmed that there were additional SKU numbers

that fit within the definition of an "Affected Power Connector Model" or an "Affected Graphics Card Model." As a result, the parties have agreed to expand the "Affected Power Connector Models" and "Affected Graphics Card Models" (collectively, the "Additional Units") covered by the settlement.

3. As a result, the Parties: (a) seek to amend the Stipulation of Settlement to make the Additional Units subject to the terms of the Stipulation of Settlement, including but not limited to: (i) all applicable provisions relating to the settlement benefits to be provided to Class members; and (ii) the release contained therein; and (b) request this Court's approval of the manner in which Notice will be provided to persons with an Additional Unit (the "Settlement Amendment and Notice Plan"). The Parties will file a list of the Additional Units with the Court by no later than January 8, 2008.

4. Subject to the entry of the Proposed Order attached to this Stipulation, and after the Parties compile the list of Additional Units and send it to the Court, HP will direct the Claims Administrator to provide direct notice by e-mail or physical mail (as called for in the Stipulation of Settlement) to all persons who registered an Additional Unit with HP in HP's Registration Database, or as appropriate for the Three Day Repair Subclass, whose name is listed in the Contract Database. In addition, the proposed form of Publication Notice attached hereto at Exhibit "A," which informs the Class that the Additional Units have been made part of the settlement (and for which the Parties seek Court approval), will be published on one occasion in USA Today.[1]

5. In light of the discovery of the Additional Units, the Parties believe it is necessary to and respectfully request that the Court extend the deadlines set forth in the Preliminary Approval Order. Specifically, the Parties wish to:

(a) Extend the deadline by which all Class members must object or exclude themselves from December 31, 2007 to **February 25, 2008**;

(b) Extend the deadlines by which: (i) papers in support of final approval and

---

[1] The Parties note that the SKU numbers for the Additional Units (the list of which the Parties will file with the Court no later than January 8, 2008) will be expressly listed in the Publication Notice in the area indicated. In the interest of time and efficiency, the Parties request that the Court approve the Publication Notice in the form attached.

fee applications must be filed, and (ii) papers in response to objections must be filed, from December 15, 2007 and January 18, 2008, respectively, to **February 22, 2008**;

   (c) Add a deadline of no later than **March 3, 2008** by which the parties may, at their option, file a supplemental response to objections received near the end of the objection period;

   (d) Move the date of the Fairness Hearing from January 25, 2008 to **March 14, 2008**;

   (e) Extend the deadline by which Class members must submit a Claim Form from February 8, 2008 to **April 4, 2008.**

  HP has agreed that it will, subject to Court approval and the entry of this Order, send an e-mail to all Class members to whom it has already sent the Notice and for whom HP did not receive an "e-mail" bounce back (approximately 120,000 persons) informing them of the new deadlines set forth above. In addition, the proposed Publication Notice at Exhibit "A" will also inform Class members of the extension of the above deadlines. *See* Exhibit "A."

  6. The Parties also agree that the Claims Administrator will post information on the settlement website (www.hpnotebooksettlement.com), in a conspicuous and prominently-featured fashion, that: (a) lists the Additional Units; (b) informs the Class that the deadline to file Claim Forms has been extended to April 4, 2008; (c) informs the Class that the deadline to object to the settlement or exclude themselves from the Class has been extended to February 25, 2008; and (d) informs the Class that the Fairness Hearing has been moved from January 25, 2008 to March 7, 2008.

  7. Finally, so that Class members who are seeking a repair under the terms of the settlement do not have that repair unduly delayed by the above extensions, HP has agreed to begin repairs (for eligible Class members who submitted a timely and valid Claim Form) five days after the Effective Date (as that term is defined in the Stipulation of Settlement), as opposed to waiting until the later of the Effective Date or the Bar Date (as that term is defined in the Stipulation of Settlement).

  NOW THEREFORE, the Parties, by and through their respective counsel of record,

hereby request that the Court sign the Proposed Order set forth below.

Dated: December 21, 2007

Respectfully submitted,

GREEN WELLING

By: /s/ Jenelle Welling
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: 415.477.6700
Facsimile: 415.477.6710
E-mail: cand.uscourts.classcounsel.com

FARUQI & FARUQI LLP

By: /s/ Anthony Vozzolo
369 Lexington Ave., 10th Floor
New York, NY 10016
Telephone: 212.983.9330
Facsimile 212.983.9331
E-mail: avozzolo@faruqilaw.com

KAMBEREDELSON LLC

By: /s/ Scott Kamber
11 Broadway, 22nd floor
New York, NY 10004
Telephone: 646.964.9600
Facsimile: 212.202.6364
E-mail: skamber@kamberedelson.com

*Class counsel*

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Barry L. McCoy
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: bmccoy@morganlewis.com

*Attorneys for Defendant*

**[] ORDER**

IT IS HEREBY ORDERED that:

1. The proposed amendment to the Stipulation of Settlement is approved and the Additional Units are subject to all of the terms and conditions of the Stipulation of Settlement, including but not limited to: (a) all applicable provisions relating to the settlement benefits to be provided Class Members; and (b) the release contained therein. End-user purchasers in the United States who own or received as a gift an Additional Unit (the list of which will be filed with the Court on January 8, 2008) are Class members per the terms of the Stipulation of Settlement (unless excluded from the Class per the terms of the agreement).

2. In accordance with the Parties' Stipulation, the Repair Period (as that term is defined in the Stipulation of Settlement) shall begin five days after the Effective Date (as that term is defined in the Stipulation of Settlement). Class members shall have 90 days from the date they are requested to send in their computer to forward the unit to HP or its designee for repairs. Class members who do not send in their unit within this 90 time frame will not receive a repair.

3. The October 31, 2007 Preliminary Approval Order is hereby modified to reflect the following new dates:

    (a) The deadline by which all Class members must object or exclude themselves is moved from December 31, 2007 to **February 25, 2008**;

    (b) The deadline by which: (i) papers in support of final approval and fee applications, and (ii) papers in response to objections, must be filed, is moved to **February 22, 2008**;

    (c) The deadline by which the parties may, at their option, file a supplemental response to objections received near the end of the objection period is **March 3, 2008**;

    (d) The date of the Fairness Hearing is moved from January 25, 2008 to **March 14, 2008**;

    (e) The deadline by which Class members must submit a Claim Form is moved from February 8, 2008 to **April 4, 2008**.

4. The Publication Notice attached to the Stipulation is hereby approved. The Claims

1 Administrator is to insert the list of Additional SKUs in the Publication Notice after the Parties submit the list to the Court.

5. The manner in which the Parties propose to provide Notice to persons with Additional Units is hereby approved. In addition, HP is to send an e-mail to all Class members to whom it has already sent the Notice via e-mail, and for whom it did not receive an "e-mail" bounce back, informing them of the new deadlines set forth above in Paragraph 3(a), 3(c) and 3(d).

6. Pending final determination of whether the proposed settlement should be approved, no Class member with an Additional Unit, the list of which will be filed with the Court, may directly, derivatively, or in a representative capacity, commence any action against any of the Released Parties (as that term is defined in the Stipulation of Settlement) in any court or tribunal asserting any of the Released Claims (as that term is defined in the Stipulation of Settlement).

7. The Parties may, without further approval from the Court, make minor changes to the form and content of the Publication Notice.

Dated: January 7, 2008

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court Judge